IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SHARON L. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:12-cv-00039 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I enter an Order GRANTING Plaintiff's motion for summary judgment, in part, DENYING the Commissioner's motion for summary judgment, and REMANDING this case to the Commissioner for further proceedings [ECF No. 18].  This *Report* was filed on September 24, 2013, from which date the parties had fourteen (14) days to file objections.  No objections were filed.  Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety.  Plaintiff's motion for summary judgment is **GRANTED in part and DENIED in part**, the Commissioner's motion for summary judgment is **DENIED**, and the case is **REMANDED** to the Commissioner.  The Clerk is directed to **REMOVE** this case from the Court's docket.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Crigler.

ENTERED this 21st day of October, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE